JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOUISE KYNCY, | ) | Case No. 2:20-cv-08446-ADS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT FOR VOLUNTARY** |
| | ) | **REMAND PURSUANT TO** |
| KILOLO KIJAKAZI, | ) | **SENTENCE FOUR OF 42 U.S.C. §** |
| Acting Commissioner of Social | ) | **405(g)** |
| Security, | ) | |
| Defendant. | ) | |
| | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: March 8, 2022            /s/ Autumn D. Spaeth
                    THE HONORABLE AUTUMN D. SPAETH
                    U.S. MAGISTRATE JUDGE

-1-